UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

KHALAIRE ALLAH,

       Plaintiff,
                 9:14-CV-438
v.                   (GTS/TWD)

SGT. MURPHY, Great Meadow Corr. Facility;
J. FULLER, Corr. Officer, Great Meadow Corr.
Facility; T. TYNON, ADSP, Great Meadow Corr.
Facility; GOODMAN, Corr. Captain, Great Meadow
Corr. Facility; RACETTE, Superintendent, Great
Meadow Corr. Facility; and J. GLEASON, BHU
Chief, Great Meadow Corr. Facility,

       Defendants.
_____

APPEARANCES:                OF COUNSEL:

KHALAIRE ALLAH, 01-B-0997
 Plaintiff, *Pro Se*
Marcy Correctional Facility
P.O. Box 3600
Marcy, New York 13403

HON. ERIC T. SCHNEIDERMAN        TIMOTHY B. MULVEY, ESQ.
Attorney General for the State of New York    Assistant Attorney General
 Counsel for Defendants
615 Erie Boulevard West, Suite 102
Syracuse, New York 13204

GLENN T. SUDDABY, Chief United States District Judge

## DECISION and ORDER

   Currently before the Court, in this *pro se* prisoner civil rights action filed by Khalaire Allah ("Plaintiff") against the above-captioned employees of the New York State Department of Corrections and Community Supervision ("Defendants") at Great Meadow Correctional Facility in Comstock, New York are Defendants' motion for summary judgment and United States Magistrate Judge Thérèse Wiley Dancks' Report-Recommendation recommending that

Defendants' motion be granted.  (Dkt. Nos. 47, 63.)  None of the parties have filed objections to the Report-Recommendation, and the time in which to do so has expired.  (*See generally* Docket Sheet.)

After carefully reviewing the relevant papers herein, including Magistrate Judge Dancks' thorough Report-Recommendation, the Court can find no clear-error in the Report-Recommendation.[1]  Magistrate Judge Dancks employed the proper standards, accurately recited the facts, and reasonably applied the law to those facts.  As a result, the Report-Recommendation is accepted and adopted in its entirety for the reasons set forth therein, Defendants' motion is granted, and Plaintiff's Complaint is dismissed.

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Dancks' Report-Recommendation (Dkt. No. 63) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** that Defendants' motion for summary judgment (Dkt. No. 47) is **GRANTED**; and it is further

**ORDERED** that Plaintiff's Complaint (Dkt. No. 1) is **DISMISSED** in its entirety, and the Clerk of the Court shall enter Judgment for Defendants and close this action.

Dated: August 17, 2016
      Syracuse, New York

/s/ Glenn Suddaby
HON. GLENN T. SUDDABY
Chief United States District Judge

---

[1] When no objection is made to a report-recommendation, the Court subjects that report-recommendation to only a clear error review.  Fed. R. Civ. P. 72(b), Advisory Committee Notes: 1983 Addition.  When performing such a "clear error" review, "the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."  *Id*.; *see also Batista v. Walker*, 94-CV-2826, 1995 WL 453299, at *1 (S.D.N.Y. July 31, 1995) (Sotomayor, J.) ("I am permitted to adopt those sections of [a magistrate judge's] report to which no specific objection is made, so long as those sections are not facially erroneous.") (internal quotation marks omitted).